IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cr-30108-SMY |
| | ) |
| AABRIAL L. JOHNSON, JR., | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Aabrial L. Johnson, Jr. pleaded guilty to possession of a firearm by a felon and was sentenced to 46 months' imprisonment and 3 years supervised release on August 10, 2020 (Docs. 54, 68, 70). Now pending before the Court is Johnson's *pro se* Motion for Early Termination of Supervised Release (Doc.73). The United States and Probation have no objection (Doc. 75).

The Court, having been fully advised in the premises, hereby **GRANTS** the Motion. Accordingly, Defendant Aabrial L. Johnson, Jr.'s term of supervised release shall be **TERMINATED** effective July 23, 2025.

IT IS SO ORDERED.

DATED: July 23, 2025

*Staci M. Yandle*

**STACI M. YANDLE**
**United States District Judge**